1  JACKSON LEWIS LLP
   JAMES T. JONES (SBN 167967)
2  JERRY J. DESCHLER JR. (SBN 215691)
   801 K Street, Suite 2300
3  Sacramento, California  95814
   Telephone:    (916) 341-0404
4  Facsimile:    (916) 341-0141

5  Attorneys for Defendant
   TARGET CORPORATION
6  (erroneously named and sued as TARGET)

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

| 12 | DAISY LOPEZ, | Case No. 2:07-CV-00907-LKK-JFM |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| 14 | v. | |
| 15 | TARGET, and DOES 1 through 50, inclusive, | |
| 16 | Defendants. | |

17

18  TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF
19  CALIFORNIA:
20          Pursuant to Federal Rule of Civil Procedure section 41(a)(1), Plaintiff
21  DAISY LOPEZ and Defendant TARGET CORPORATION (erroneously named and sued
22  as "TARGET") hereby request that this matter be dismissed with prejudice, in its entirety,
23  with each party to bear their own costs and attorneys' fees.
24  ///
25  ///
26  ///
27  ///
28  ///

                                      1

IT IS SO STIPULATED:

LAW OFFICES OF ROBERT C. BOWMAN, JR.

Date:  06/28/07      _____/s/_____
ROBERT C. BOWMAN, JR.
Attorney for Plaintiff

JACKSON LEWIS LLP

Date: 06/28/07      _____/s/_____
JERRY J. DESCHLER, JR.
Attorney for Defendants

**IT IS SO ORDERED:** This matter is dismissed with prejudice.  Each party will bear their own costs and attorneys' fees.

DATED: July 5, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2